AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| | Return | |
|---|---|---|
| Case No.:<br>8:22-MJ-00358 | Date and time warrant executed:<br>5/17/2022 @ 7:09 am | Copy of warrant and inventory left with:<br>NARGIS NAEEM |
| Inventory made in the presence of:<br>NARGIS NAEEM | | |
| Inventory of the property taken and name of any person(s) seized: | | |

SEE ATTACHED

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/18/22

*Executing officer's signature*

Melissa Whalen, Special Agent
*Printed name and title*

# ITEMS SEIZED AT 57 GAINSBORO, IRVINE, CA 92620

# CDCA Case No. 8:22-MJ-00358

1. (56) $100.00 bills for a total of $5,600.00 US currency
2. Houston Stock Summary (3 pages)
3. Bank of America wire transfer dated 07/15/2021
4. (95) $100.00 bills and (98) $20.00 bills for a total of $11,460.00 US currency
5. (8) boxes containing an iPhone each
6. (2) passports for Naeem Razzak (Pakistan)
7. EY notebook
8. HP Envy laptop, Model X360, serial number CND0353C9S and power cord
9. Miscellaneous papers
10. Drivers license and identity cards for Naeem Razzak
11. iPad Air, Model MD785LL/A, serial number DMQLNM8XFK10 (pswd 2010)
12. Green iPhone 13 Pro Max, Model MNCA3LL/A, serial number CXXKT70Y4M (pswd 2010)
13. iPhone X, Model MQAM2LL/A, serial number G6TVL5T7JCL8
14. iPhone X, Model MQCT2LL/A, serial number G6XVTAGFJCLG
15. iPhone 11 Pro Max, Model MWH92LL/A, serial number G6TZ763DN70N

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
) Case No. 8:22-MJ-00358
The single-family house located at 57 Gainsboro, Irvine, California 92620 )
) **NOTE CHANGES MADE BY THE COURT**
)
)

**WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: May 16, 2022 at 5:14pm

/s/ Autumn D. Spaeth
*Judge's signature*

City and state: Santa Ana, CA

Autumn D. Spaeth, U.S. Magistrate Judge
*Printed name and title*

AUSA: M. Rabbani